United States District Court
Southern District of Texas
**ENTERED**
July 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JT BROTHER CONSTRUCTION, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | CIVIL ACTION NO. H-21-4205 |
| TEXAS PRIDE TRAILERS, LLC, | | |
| Defendant. | | |

## ORDER OF DISMISSAL

In accordance with the stipulation of voluntary dismissal, (Docket Entry No. 24), this action is dismissed without prejudice.

SIGNED on July 22, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge